# Pepper Hamilton LLP
### Attorneys at Law

The New York Times Building
37th Floor
620 Eighth Avenue
New York, NY 10018-1405
212.808.2700
Fax 212.286.9806

Samuel J. Abate, Jr.
direct dial: (212) 808-2706
direct fax: (212) 286-9806
abates@pepperlaw.com

April 25, 2011

Honorable Jack B. Weinstein
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    Esposito v. Eli Lilly and Company, et al.
              Civil Action 10-cv-5737 (JBW)(VVP)

Dear Judge Weinstein:

       On behalf of defendant Eli Lilly and Company ("Lilly") we write to advise the Court that we are withdrawing Lilly's motion to dismiss.

       Respectfully,

       Samuel J. Abate, Jr.

Copy to all counsel